IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERCIA,
  for the use of FERGUSON
  ENTERPRISES, INC.,

      Plaintiff,                :        Case No. 3:12-CV-158

   -vs-

                                        Judge Thomas M. Rose
                                        Magistrate Judge Michael J. Newman

MEADOWBROOK INSURANCE
  GROUP, INC. dba
  STAR SURETY, *et.al.,*

      Defendants.             :

---

## ORDER

---

The undersigned hereby **RECUSES** himself from this matter, and it is referred to Clerk of Courts for reassignment.

**IT IS SO ORDERED.**

May 29, 2012

                                        s/**Michael J. Newman**
                                        United States Magistrate Judge