# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,
for the use of
FERGUSON ENTERPRISES, INC.       :

                                                                Case No. 3:12-cv-158

                    Plaintiff,

                                                         District Judge Thomas M. Rose
                                                         Magistrate Judge Michael R. Merz

     -vs-

MEADOWBROOK INSURANCE
 GROUP, et al.,

                   Defendants.       :

## NOTICE

This case is before the Court *sua sponte*. The Court notes that the Complaint was filed May 28, 2012, but that no process has issued. Plaintiff is reminded that service of process must be completed not later than September 25, 2012. Fed. R. Civ. P. 4(m). Failure to complete service or to obtain a waiver of service within the time allowed by the Rule will result in dismissal for want of prosecution.

July 7, 2012.

                                                                          s/ *Michael R. Merz*
                                                           United States Magistrate Judge